ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SIMON CHAMI SHAMOSH,
a/k/a "Paco,"

Defendant.

**SEALED INDICTMENT**

24 Cr.

24 CRIM 027

### COUNT ONE
**(Conspiracy to Commit Money Laundering)**

The Grand Jury charges:

1.   From at least in or about July 2021 through at least in or about October 2023, in the Southern District of New York and elsewhere, SIMON CHAMI SHAMOSH, a/k/a "Paco," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

2.   It was a part and an object of the conspiracy that SIMON CHAMI SHAMOSH, a/k/a "Paco," the defendant, and others known and unknown, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such a financial transaction, which transaction affected interstate and foreign commerce and involved the use of a financial institution which was engaged in, and the activities of which affected, interstate and foreign commerce, and which in fact involved the proceeds of specified unlawful activity, to wit, (i) the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance and listed chemical, in violation of Title 21, United States Code, Sections 841, 846, 952, 959, 960, and 963;

and (ii) offenses against a foreign nation involving the manufacture, importation, sale, and distribution of a controlled substance (as such term is defined for purposes of the Controlled Substances Act), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Section 1956(h).)

## FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Indictment, SIMON CHAMI SHAMOSH, a/k/a "Paco," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

### Substitute Assets Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

                (Title 18, United States Code, Section 982;
                Title 21, United States Code, Section 853; and
                Title 28, United States Code, Section 2461.)

_____         _____
FOREPERSON                                        DAMIAN WILLIAMS
1/17/24                                            United States Attorney