UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                  No.  24-CR-027-LTS

SIMON CHAMI SHAMOSH,                    O<span style="font-variant:small-caps">RDER</span>

          Defendant.

----------------------------------------------------------x

       An initial pretrial conference in this case is scheduled to proceed on July 1, 2025, at 11:00 a.m., in Courtroom 17C.  The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of time from today's date through July 1, 2025, outweigh the best interests of the public and the defendant in a speedy trial.  The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York           /s/ Laura Taylor Swain
      June 25, 2025               LAURA TAYLOR SWAIN
                               Chief United States District Judge